IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**        Plaintiff,<br><br>v.<br><br>**DENNIS GLICK,**<br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:    **CRIMINAL ACTION**<br>      **NO. 11-160-1** |

## ORDER

**AND NOW**, this ___ day of January, 2012, upon consideration of Defendant's Motion for Acquittal, or in the Alternative, a New Trial (Doc. 71), the Government's Opposition in response thereto (Docs. 90-96), and Defendant's Reply to the Government's Opposition (Doc.104), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker

_____

Hon. Petrese B. Tucker, U.S.D.J.